IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JESSICA LAKE,

           Plaintiff,

vs.                                      Case No. 22-CV-02236-JWB-RES

PITTSBURG COMMUNITY SCHOOLS
USD 250,

           Defendant.

## NOTICE OF SERVICE OF DISCOVERY REQUESTS

Defendant notifies the Court and counsel that it has served discovery requests on plaintiff by emailing same to counsel for plaintiff on this 27th day of September, 2022, as follows:

1.     Defendant's First Set of Interrogatories to Plaintiff, being nineteen (19) in number; and

2.     Defendant's First Request for Production of Documents to Plaintiff, being twenty-two (22) in number.

                                        Respectfully submitted,

                                        /s/ Terelle A. Mock
                                        Terelle A. Mock          #21465
                                        Crystal B. Moe          #29168
                                        FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
                                        3550 S.W. 5th Street
                                        Topeka, KS  66606
                                        (785) 232-7761 | (785) 232-6604 – fax
                                        E-mail: tmock@fpsslaw.com | cmoe@fpsslaw.com
                                        **Attorneys for Defendant**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 27, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

  Martin M. Meyers, #14416
  THE MEYERS LAW FIRM, LC
  4435 Main Street, Suite 503
  Kansas City, MO 64111
  mmeyers@meyerslaw.com
  (816) 444-8500 | (816) 444-8508 – fax
  **Attorney for Plaintiff**

  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  No one.

              /s/ Terelle A. Mock
              Terelle A. Mock